UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Cecilia Marin,

                                   Plaintiff,                  7:23-cv-4055 (VR)

       -against-                      **ORDER**

Sam's East, Inc.,

                                   Defendant.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby **ORDERED** that the above entitled action be discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days of the date hereof.

      **SO ORDERED.**

DATED:    White Plains, New York
                October 30, 2023

                                                       _____
                                                         VICTORIA REZNIK
                                                         United States Magistrate Judge